```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RITA BOSWORTH
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant JASPER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-04-00196 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING |
| v. | ) | |
| TODD JASPER | ) | **CURRENT HEARING DATE:** August 11, 2010, at 2:00 p.m. |
| Defendant. | ) | **PROPOSED HEARING DATE:** September 30, 2010, at 2:00 p.m. |

    1.    On May 20, 2010, Mr. Jasper voluntarily appeared in magistrate court pursuant to a summons for his initial appearance to address alleged violations of his supervised release.

    2.    A supervised release violation hearing was scheduled to occur before this Court on August 11, 2010, at 2:00 p.m.

    3.    Mr. Jasper's probation officer, Dan Zurita, has been out of the office over the past few weeks and is not expected to return until August 16.

    4.    Mr. Jasper had been working closely with Mr. Zurita, and Mr. Zurita is therefore the one who knows the case the best and is in the best position to make an informed statement to the Court about Mr. Jasper's progress.

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jasper*, 04-196 VRW             1

1    5.    Because Mr. Zurita has been away, defense counsel has been unable to speak with him about the case and a possible resolution.

2    6.    To defense counsel's knowledge, Mr. Jasper has not incurred any further violations and appears to be doing well on supervision.

3    7.    Defense counsel will be out of the office from August 19 through September 12.

4    8.    In order to allow the parties to have meaningful discussions about a possible resolution of this case and to allow for the presence of all parties at the violation hearing, the parties agree that continuing the hearing to September 30, 2010, is appropriate.

5    9.    Supervising Probation Officer James Schloetter and AUSA Jeff Finigan do not object to continuing the hearing to September 30.

IT IS SO STIPULATED.

7/29/10                                                    /s/
_____          _____
DATED                      JEFFREY FINIGAN
                           Assistant United States Attorney


7/29/10                                                    /s/
_____          _____
DATED                      RITA BOSWORTH
                           Assistant Federal Public Defender

IT IS SO ORDERED.

7/30/2010
_____          _____
DATED                      VAUGHN R WALKER
                           Chief United States District Judge

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jasper*, 04-196 VRW                    2